

## THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

July 28, 1965

Mr. A. C. Turner, Chairman
Board of Pardons & Paroles
Austin, Texas

Opinion No. C-471

Re: Whether the Board of Pardons
and Paroles has the authority to
recommend and the Governor the
power to grant a posthumous full
pardon to a deceased convicted
felon on application of a rela-
tive or other interested party.

Dear Mr. Turner:

　　　　Your recent letter requests our opinion as to the
above matter. This question has been foreclosed by Hunnicutt
v. State, 18 Tex.Ct.App. 498 (1885), in which it was held that:

　　　　　　". . . '1st. A pardon, in order to
be complete, must, in contemplation of
law, be delivered and accepted.' 2d.
'The principles applicable to the deli-
very of a pardon and an ordinary deed
must be considered analogous, and in
either case its delivery is complete
when the grantor has parted with his
entire control or dominion over the in-
strument, with the intention that it
shall pass to the grantee or obligee,
and the latter assents to it either by
himself or agent; . . .'"

　　　　Language to the effect that a pardon must be accept-
ed is also found in Ex Parte Rice, 72 Tex.Crim. 587, 162 S.W.
891 (1914); Ex Parte Redwine, 91 Tex.Crim. 83, 236 S.W. 96
(1922); and Ex Parte Frazier, 91 Tex.Crim. 475, 239 S.W. 972
(1922). See also Attorney General's Opinion No. O-2413 (1940).

　　　　Thus, the pardon not being delivered to the convict
during his lifetime, it could not be accepted by him. Even
had he appointed an agent to accept the pardon during his life-
time, his death would have the effect of terminating such re-
lationship. Primm v. Stewart, 7 Tex. 178 (1851).

-2235-

## SUMMARY

The Board of Pardons and Paroles has no authority to recommend and the Governor no power to grant a posthumous full pardon to a deceased convicted felon on application of a relative or other interested party.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By: *Charles B Swanner*

CHARLES B. SWANNER
Assistant Attorney General

CBS/lbh

APPROVED:
OPINION COMMITTEE
W. V. Geppert, Chairman
Pat Bailey
Gordon Cass
Brady Coleman
Sam Kelley

APPROVED FOR THE ATTORNEY GENERAL
BY: Hawthorne Phillips